1

2

3

4              IN THE UNITED STATES DISTRICT COURT

5          FOR THE NORTHERN DISTRICT OF CALIFORNIA

6                    SAN FRANCISCO DIVISION

7

8    UNITED STATES OF AMERICA,            **Case No.:** CR 17–00349 RS

9                Plaintiff,               [~~PROPOSED~~] **STIPULATED ORDER**
                                          **CONTINUING SENTENCING**
10          v.                            **HEARING**

11   SHADRACH LAMOUREUX,

12              Defendant.

13

14          The above-entitled matter is currently scheduled for a sentencing hearing on January

15   30, 2018 at 2:30 p.m.  The attorney assigned to this case, Chief Assistant Geoffrey Hansen, is

16   presently unavailable to assist Mr. Lamoureux in the presentence process. The defense

17   accordingly asks that the scheduled sentencing date of January 30, 2018 be vacated, and that

18   the matter be added to the Court's calendar on February 27, 2018 at 2:30 p.m. for sentencing.

19          The government has no objection to this request and is available on the proposed date.

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

1         Therefore, for good cause shown the sentencing hearing currently scheduled on January

2   30, 2018 shall be vacated. The matter shall be added to the Court's calendar on February 27,

3   2018 at 2:30 p.m. for sentencing.

4

5         IT IS SO ORDERED.

6

7       11/13/17
        Dated                        RICHARD SEEBORG

8                                   United States District Judge

9

10  IT IS SO STIPULATED.

11      November 9, 2017         BRIAN J. STRETCH

12      Dated                     United States Attorney
                                   Northern District of California

13

14                                /S
                                   JULIE GARCIA

15                                 Assistant United States Attorney

16

17      November 9, 2017         STEVEN G. KALAR

18      Dated                     Federal Public Defender
                                   Northern District of California

19                                /S

20

21

22

23

24

25

26

27

28