IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHADRACH LAMOUREUX,<br><br>Defendant. | **Case No.:** CR 17–00349 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING** |

Due to the extended absence of defense counsel during November and December, the Probation Officer was unable to complete the interview of the defendant in time to meet the schedule necessary for this case to proceed to sentencing on February 27, 2018. As a result, the parties hereby stipulate that the sentencing be continued until March 27, 2018.

//

//

//

//

//

//

//

//

//

//

//

IT IS SO ORDERED.

    1/25/18
    Dated

RICHARD SEEBORG
United States District Judge

IT IS SO STIPULATED.

    January 24, 2018
    Dated

ALEX TSE
United States Attorney
Northern District of California

/S
JULIE GARCIA
Assistant United States Attorney

    January 24, 2018
    Dated

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S
GEOFFREY A. HANSEN
Assistant Federal Public Defender